NUMBER 13-03-605-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

ERICH NORRIS,                                                                Appellant,

v.

STARBUCK’S CORP., D/B/A STARBUCK’S 
COFFEE COMPANY,                                                           Appellee.
___________________________________________________________________

On appeal from the 165th District Court 
of Harris County, Texas
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         This cause is before the Court on appellant’s motion for extension of time to file
notice of restricted appeal. Appellant relies on Tex. R. App. P. 26.3 as authority for
permitting him to bring an appeal within six months of the judgment.
         Appellant originally filed an appeal from a summary judgment taken against him
in his lawsuit against Starbuck’s Corp. d/b/a Starbuck’s Coffee Company. On
December 3, 2002, the Court of Appeals for the Sixth District of Texas dismissed his
appeal for want of prosecution. The mandate was issued on February 10, 2003. 
Appellant is now attempting to appeal the opinion and judgment of the Sixth Court
of Appeals.
         The Court, having examined and fully considered the documents on file, is of
the opinion that the appeal should be dismissed for want of jurisdiction. Appellant’s
motion for extension of time to file notice of restricted appeal and the appeal are
hereby DISMISSED FOR WANT OF JURISDICTION.
                                                                                 PER CURIAM

Opinion delivered and filed this
the 26th day of February, 2004.